92 A.3d 807

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Leeshay BENNAIM, Respondent.**

Supreme Court of Pennsylvania.

May 28, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

Did the Superior Court err in determining that the trial court could unilaterally shorten the terms of a 3 year old bargained for plea agreement in order for [Respondent] to avoid the collateral consequences of SORNA, ignoring established precedent and denying the Commonwealth the benefit of its plea agreement?